MELINDA L. HAAG
United States Attorney
DONNA CALVERT
Regional Chief Counsel
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    Email: paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACEY COBARRUVIAS, | ) No. 5:14-cv-04793-NC |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ~~PROPOSED~~** |
| | ) **ORDER FOR EXTENSION OF TIME TO** |
| | ) **FILE DEFENDANT'S CROSS MOTION** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to July 24, 2015, for Defendant to file her cross motion for summary judgment according to the Court's Procedural Order ("Order").  All other scheduling dates set forth in the Order shall be extended accordingly.  There is good cause for this extension.  Defendant's counsel respectfully requests this extension in order to assist in managing his extremely active workload and allow for a vacation.

                                    Respectfully submitted,

Dated: June 23, 2014

                                   */s/ Bess M. Brewer*\*
                                  BESS M. BREWER
                                  Attorney for Plaintiff
                                  (\*by email authorization)

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | MELINDA L. HAAG |
|   |   | United States Attorney |
| 3 |   | DONNA CALVERT |
|   |   | Regional Chief Counsel |
| 4 |   |   |
| 5 | By: | */s/ Paul Sachelari* |
|   |   | PAUL SACHELARI |
| 6 |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 23, 2015

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

